October 24, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM DURHAM, Appellant

NO. 14-17-00270-CV                    V.

LORI DAVIS, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 20, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.